# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CHENEL DEROUSSEAU,**

    **Plaintiff,**

vs.                                                       **Case No. 4:17cv376-RH/CAS**

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2, on August 22, 2017. An Order was entered on September 27, 2017, finding Plaintiff's in forma pauperis motion insufficient as filed because it was not supported as required by 28 U.S.C. § 1915(b). ECF No. 4. Plaintiff was ordered to either pay the filing fee for this case or file a properly completed in forma pauperis motion on or before **October 31, 2017**. *Id.*

That Order was subsequently returned to the Court as undeliverable. ECF No. 5. The docket reflects that the mail was sent to Plaintiff at Taylor

Correctional Institution and then forwarded to another institution. *Id.* It was then returned to the Court with a stamp indicating Plaintiff was no longer at Polk Correctional Institution. *Id.* The docket also reveals that the Clerk's Office called the institution in an effort to locate Plaintiff and was advised that Plaintiff had been released and no forwarding address was available.

This case cannot proceed since mail cannot reach Plaintiff and his whereabouts are unknown. There is no other option but to dismiss this case.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a Court Order pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on November 8, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written**

objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.