IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHENEL DEROUSSEAU,

    Plaintiff,

v.                                CASE NO. 4:17cv376-RH/CAS

RICK SCOTT et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. The plaintiff may have abandoned the case, and in any event the plaintiff has not taken steps necessary to continue. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 26, 2017.

s/Robert L. Hinkle
United States District Judge
